

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-16-00161-CR

_____

DONALD HARRELL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 15F0778-005

Before Morriss, C.J., Moseley and Burgess, JJ.

O R D E R

Court reporter Leslie P. Bates recorded the trial proceedings in appellate cause number 06-16-00161-CR, styled *Donald Harrell v. The State of Texas*, trial court cause number 15F0778-005, on appeal from the 5th Judicial District Court of Bowie County, Texas. The reporter's record was originally due in this matter October 10, 2016. That deadline was extended twice by this Court on Bates' requests, resulting in the most recent due date of December 9, 2016. Notwithstanding the fact that Bates has already had over one hundred days from the date the notice of appeal was filed in this matter to prepare the record she estimates to be only 290 pages long, Bates has filed a third request seeking another fourteen-day extension of the filing deadline.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

Therefore, we order Bates to file the reporter's record in appellate cause number 06-16-00161-CR, styled *Donald Harrell v. The State of Texas*, trial court cause number 15F0778-005, on appeal from the 5th Judicial District Court of Bowie County, Texas, to be received no later than Tuesday, December 27, 2016.

2

If the reporter's record is not received by December 27, we warn Bates that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date:   December 20, 2016